IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KURTIS HELMAN, | ) | CASE NO. 1:10CV942 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | MAGISTRATE JUDGE McHARGH |
| | ) | |
| COMMISSIONER OF | ) | **REPORT AND RECOMMENDATION** |
| SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Kurtis Helman and Defendant Commissioner of Social Security ("Commissioner") have agreed to a sentence four remand under 42 U.S.C. §405(g) terminating this case. It is recommended that the Court enter judgment for Plaintiff under the fourth sentence of 42 U.S.C. §405(g), reversing the decision of the Commissioner, and ordering that the case be remanded to define Plaintiff's low-stress tasks which the claimant is unable to perform such as, for example, an inability to perform production work where others are dependant on his work in order to complete their job tasks. Also, the ALJ shall obtain vocational expert testimony to determine what effect Plaintiff's non-exertional limitations have on his ability to perform work.

Due to the stipulated nature of this request, it is further recommended that the 14-day objection period be deemed unnecessary.

Dated: 12/30/2010

 s/ Kenneth S. McHargh
Kenneth S. McHargh
United States Magistrate Judge