UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------------
:
KURTIS HELMAN, :
: CASE NO. 1:10-CV-00942
Plaintff, :
:
vs. : OPINION & ORDER
: [Resolving Doc. Nos. 19, 20]
MICHAEL J. ASTRUE, :
Commissioner of Social Security, :
:
Defendant. :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Kurts Helman challenges the final decision of the Commissioner of Social Security, denying the Plaintiff's claim for Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. § 1381 *et seq*. [Doc. 1.] Plaintiff Helman asserts that the decision of the Administrative Law Judge ("ALJ") is contrary to law and fact and that the findings are not supported by substantial evidence. [*Id.*]

This matter was referred to Magistrate Judge McHargh pursuant to Local Rule 72.2. On December 29, 2010, the parties filed a joint motion for entry of judgment under 42 U.S.C. § 405(g). [Doc. 19.] The parties request a judgment reversing the ALJ's decision and remanding for a definition of the low-stress tasks which the Plaintiff is unable to perform and to allow the ALJ to obtain a vocational expert testimony to determine what effect Plaintiffs' non-exertional limitations have on his ability to perform work. [*Id.*] On December 30, 2010, Magistrate Judge McHargh issued a Report and Recommendation that recommended this Court reverse the final decision of the

Case No. 1:10-CV-00942
Gwin, J.

Commissioner and remand the case so the grounds of decision may be more fully articulated. [Doc. 20.]

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id.*; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). Absent objection, a district court may adopt the magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In this case, neither party has objected to the Magistrate Judge McHargh's recommendation; indeed, consistent with the recommendation, the parties specifically request that the decision of the ALJ be reversed and that the case be remanded. Accordingly, the Court **ADOPTS** in whole Magistrate Judge McHargh's Report and Recommendation and **GRANTS** the parties stipulated motion for judgment. The Court **REVERSES** the decision of the ALJ and **REMANDS** for a definition of the low-stress tasks which the Plaintiff is unable to perform and to allow the ALJ to obtain a vocational expert testimony to determine what effect Plaintiffs' non-exertional limitations have on his ability to perform work.

IT IS SO ORDERED.

Dated: January 19, 2011                     *s/   James S. Gwin*
                                            JAMES S. GWIN
                                            UNITED STATES DISTRICT JUDGE